FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON S. S.,[1] | NO: 1:24-cv-03155-RLP |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,[2] | |
| Defendant. | |

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025. Pursuant to Rule 25(d) of the Rules of Civil Procedure, Leland Dudek is substituted for Michelle King as the Defendant in this suit.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

BEFORE THE COURT is the Defendant's Stipulated Motion to Remand, ECF No. 16. Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Commissioner will develop the record as necessary; offer the claimant the opportunity for a hearing; reconsider all relevant issues; and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 12**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** February 27, 2025.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2