AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2025

SEAN F. McAVOY, CLERK
</div>

JASON S. S.                                      )
    *Plaintiff*                              )
v.                                               )    Civil Action No.   1:24-cv-03155-RLP
                                                 )
                                                 )
LELAND DUDEK,                                    )
ACTING COMMISSIONER OF SOCIAL SECURITY
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendant's Stipulated Motion for Remand, ECF No. 16, is GRANTED. This case is REVERSED and REMANDED for
further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    REBECCA L. PENNELL

Date:  2/27/2025 _____          *CLERK OF COURT*

                                 SEAN F. McAVOY

                                 s/ Wendy Kirkham
                                 *(By) Deputy Clerk*

                                 Wendy Kirkham